J.S. HAREN COMPANY,
Plaintiff–Appellant,

v.

PUMP & POWER EQUIPMENT,
L.P., Defendant–Appellee.

No. 12–50936.

United States Court of Appeals,
Fifth Circuit.

June 10, 2013.

Alex L. Davis, III, Esq., Attorney, Dallas, TX, for Plaintiff–Appellant.

Greg A. Hughes, Greg A. Hughes, P.C., Attorney At Law, Friendswood, TX, for Defendant–Appellee.

Before SMITH, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

The plaintiff appeals an award of damages, on a counterclaim, for breach of contract and resulting attorney's fees. The parties mainly dispute when the contract came into existence. The magistrate judge, to whom the matter was referred for all purposes by consent, conducted a bench trial and issued comprehensive findings of fact and conclusions of law.

We have reviewed the briefs and applicable law and pertinent portions of the record and have heard the arguments of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel. The judgment is AFFIRMED, essentially for the reasons given by the magistrate judge.